# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DIAMOND G POULTRY FARMS LLC**                                    **PLAINTIFF**

**v.**                    **CASE NO. 4:25-CV-01096-BSM**

**FORTEGRA SPECIALTY INSURANCE CO.**                               **DEFENDANT**

## ORDER

This case is dismissed without prejudice pursuant to Diamond G Poultry Farms LLC's unopposed motion to dismiss [Doc. No. 7] and Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED this 21st day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE