**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DIAMOND G POULTRY FARMS LLC**                                    **PLAINTIFF**

**v.**                              **CASE NO. 4:25-CV-01096-BSM**

**FORTEGRA SPECIALTY INSURANCE CO.**                    **DEFENDANT**

**<u>JUDGMENT</u>**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE